IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| JAMES W. CRAMPTON,<br><br>                Plaintiff,<br><br>vs.<br><br>LEXLEE, LLC, AND DOES 1-5,<br><br>                Defendants. | 8:16CV457<br><br>ORDER OF DISMISSAL |

This matter is before the Court on the Parties' Stipulation and Joint Motion for Dismissal, ECF No. 11. The Stipulation complies with Federal Rule of Civil Procedure 41(a)(1)(A)(ii), and the Court concludes that it should be approved. The above-captioned action will be dismissed with prejudice, and the Court will not assess costs or attorney's fees. Accordingly,

IT IS ORDERED:

1. The Stipulation and Joint Motion for Dismissal, ECF No. 11, is approved;

2. The above-captioned action is dismissed with prejudice;

3. Any pending motions are terminated; and

4. The Court will not assess costs or attorney's fees.

Dated this 4th day of January, 2017.

                                                    BY THE COURT:

                                                    s/Laurie Smith Camp<br>
                                                    Chief United States District Judge